■ In the Matter of ELBA ROMAN, Appellant, v WILLIAM HICKS et al., Respondents-Respondents, and ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents. — Judgment of the Supreme Court, Kings County (Held, J.), dated August 20, 1984, affirmed, without costs or disbursements. No opinion. O'Connor, J. P., Rubin, Boyers and Eiber, JJ., concur.